EUGENE CHIMBLO *v.* GERHARD HUTTER ET AL.

The petition for certification of the defendants, Gerhard Hutter, Nance Hutter, Maximilian Hutter and Rudolph Hutter, for appeal from the Appellate Court (AC 21858) is denied.

*Gerhard Hutter*, pro se, *Nance Hutter*, pro se, *Maximilian Hutter*, pro se, and *Rudolf Hutter*, pro se, in support of the petition.

Decided October 16, 2001

DAVID ABRAMCZYK *v.* STEPHANIE ABBEY

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 442 (AC 20246), is denied.

*Thomas P. Willcutts*, in support of the petition.

*Deborah L. Bradley*, in opposition.

Decided October 25, 2001

STATE OF CONNECTICUT *v.* DIANA LISEVICK

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 493 (AC 19472), is denied.

*Moira L. Buckley*, deputy assistant public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided October 25, 2001